# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-2965

_____

Eldon Bugg,

        Appellant,

v.

Federal Deposit Insurance
Corporation,

        Appellee.

\*
\*
\*
\*
\*   Appeal from the United States
\*   District Court for the Western
\*   District of Missouri.
\*
\*   [UNPUBLISHED]
\*
\*

_____

Submitted: September 8, 2009
Filed: October 9, 2009

_____

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Eldon Bugg appeals following the district court's[1] denial of his motion to remand, his motion to disqualify the district court under 28 U.S.C. § 455, and the district court's adverse grant of summary judgment in his diversity action against Washington Mutual Bank, F.A.[2], which had been removed from Missouri state court.

_____

[1]The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri.

[2]After the Federal Deposit Insurance Corporation (FDIC) became the duly appointed administrator for the bank, the FDIC was substituted as the real party in interest.

For the reasons stated by the district court, we affirm.  <u>See</u> 8th Cir. R. 47B.  We also deny appellee's motion for sanctions.

_____